Honorable Troy C. Bennett, Clerk
Court of Appeals
Supreme Court Bldg.
201 W 14th
Austin, Tx 78711

15 August 2015    33,102-15

RE: Seach for document entitled; "Repeated and Reoccuring Access to Court Violations"

Robert Martinez
TDCJ ID No. A931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg Tx. 78542

VIA U.S. FIRST
CLASS MAIL

Greetings Honorable Clerk

On monday February 10, 2014, I placed in the Bexar County Adult Detention Center "BCADC" A letter entitled "Repeated and reoccuring Access to Court Violations." with my return address at 200 N. Comal, San Gnto, Tx 78207, (Robert Martinez SID No 327074). to your Court.

What I am requesting is a file stamped marked copy of the above mentioned letter. Such was forwarded U.S. First Class mail. on Feb 10, 2014 (monday). to the above captioned address.

This letter and it's attachments is of importance And your assistance is greatly appreciated.

Thank you
In Hoc

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

cc: file